U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**
JUL 3 1 2019
JAMES W. McCORMACK, CLERK
BY: _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:18-CR-00303-BSM |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| JERRON VINCENT TAYLOR | ) | |
| | ) | |

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

A.  On or about January 15, 2018, the defendant,

JERRON VINCENT TAYLOR,

had previously and knowingly been convicted as follows:

1.  In Faulkner County Circuit Court for Possession of a Controlled Substance, Schedule I/II, in criminal case CR-2009-1373;

2.  In Pulaski County Circuit Court for Aggravated Assault and Possession of Firearm by Certain Persons, in criminal case CR-11-3580; and

3.  In Pulaski County Circuit Court for Possession of a Controlled Substance, Methamphetamine/Cocaine, in criminal case CR-15-798.

B.  The crimes set forth in paragraph A above were punishable by a term of imprisonment exceeding one year.

C.  On or about January 15, 2018, in the Eastern District of Arkansas, the defendant,

JERRON VINCENT TAYLOR,

did knowingly possess the following firearm in and affecting commerce, to wit, one Colt, model M1991A1, .45-caliber handgun, bearing serial number 2793926, thereby violating Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION ONE

Upon conviction of the offense alleged in Count One of this Information, the defendant,

JERRON VINCENT TAYLOR,

shall forfeit to the United States, pursuant to 18 U.S.C. 924(d)(1) and 28 U.S.C. 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following property:

1.) One Colt, model M1991A1, .45-caliber handgun, bearing serial number 2793926; and

2.) Ammunition seized on January 15, 2018.

CODY HILAND
United States Attorney

By: CHRIS GIVENS
Bar No. 2009194
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, AR   72203
501-340-2619
Chris.Givens@usdoj.gov